UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 25 2019

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | §  Case No. **19 CR 701** |
| | § |
| JOHN MATTHEW GOINES | § |
| MICHAEL LEWIS MILLER | § |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

Conspiracy to Possess with Intent to Distribute Methamphetamine

On or about March 20, 2019, in the Southern District of Texas, and elsewhere, and within the jurisdiction of this Court, the defendants,

**JOHN MATTHEW GOINES
and
MICHAEL LEWIS MILLER**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, that is fifty (50) grams or more methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TWO

Possession with Intent to Distribute Methamphetamine

On or about March 20, 2019, in the Southern District of Texas, and elsewhere, and within the jurisdiction of this Court, the defendant,

**JOHN MATTHEW GOINES
and
MICHAEL LEWIS MILLER**

aiding, abetting and assisting others known and unknown to the Grand Jury, did knowingly, unlawfully and intentionally attempt to possess with intent to distribute a controlled substance, that is fifty (50) grams or more methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

Possession with Intent to Distribute Methamphetamine

On or about April 2, 2019, in the Southern District of Texas, and elsewhere, and within the jurisdiction of this Court, the defendant,

**JOHN MATTHEW GOINES**

did knowingly, unlawfully and intentionally attempt to possess with intent to distribute a controlled substance, that is fifty (50) grams or more methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR

Possession with Intent to Distribute Methamphetamine

On or about April 2, 2019, in the Southern District of Texas, and elsewhere, and within the jurisdiction of this Court, the defendant,

**JOHN MATTHEW GOINES**

did knowingly, unlawfully and intentionally attempt to possess with intent to distribute a controlled substance, that is five (5) grams or more methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FIVE

Possession with Intent to Distribute Methamphetamine

On or about April 8, 2019, in the Southern District of Texas, and elsewhere, and within the jurisdiction of this Court, the defendant,

**MICHAEL LEWIS MILLER**

aiding, abetting and assisting others known and unknown to the Grand Jury, did knowingly, unlawfully and intentionally attempt to possess with intent to distribute a controlled substance, that is fifty (50) grams or more methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE
## (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendant,

**JOHN MATTHEW GOINES**
**and**
**MICHAEL LEWIS MILLER**

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and
2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

**A TRUE BILL**

_Original Signature on File_
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: _____
MICHAEL E. DAY
Assistant United States Attorney
(713) 567-9000